## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07cv6158
JUDGE LEINENWEBER
MAG. JUDGE DENLOW

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee v. JDS Trucking, Incorporated, an Indiana corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

**FILED**
JN Oct. 31, 2007
OCT 31 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Rebecca K. McMahon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Rebecca K. McMahon |

| FIRM |
|---|
| Central States Legal Department |

| STREET ADDRESS |
|---|
| 9377 W. Higgins Road |

| CITY/STATE/ZIP |
|---|
| Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290192 | (847) 518-9800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐