AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

CASE NUMBER: **07C 6158**

v.

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

JDS Trucking, Incorporated, an Indiana corporation

DESIGNATED MAGISTRATE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

JDS Trucking, Incorporated, an Indiana corporation
c/o: Colleen Sachman, President and Registered Agent
19039 Glendale Avenue
South Bend, IN 46637-2704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 31 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE November 11, 2007 | |
| NAME OF SERVER *(PRINT)* Robert W. Collier | TITLE Action Detective Agency | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 19039 GlendAle Ave

South Bend, Indiana 46637

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 11, 2007    *Signature of Server* Robert W Collier
           Date

55160 Butternut Rd
South Bend, Indiana 46628

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.