IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JDS TRUCKING, INCORPORATED, an Indiana corporation,<br><br>Defendant. | Case No. 07 C 6158<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Denlow |

## AFFIDAVIT OF LAURA B. BACON

State of Illinois )
                 ) SS:
County of Cook   )

I, Laura B. Bacon, having been fully sworn upon my oath, depose and state as follows:

1. I am an attorney employed by Plaintiff Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund").

2. I was admitted to the bar of the State of Illinois in 2006 and to the bar of the United States District Court for the Northern District of Illinois in 2007.

3. I have personal knowledge with respect to the matters set forth in this Affidavit and am familiar with the above-captioned litigation.

4. I have reviewed the Pension Fund's billing records and have determined that the work performed in connection with this case was performed by myself ("LBB").

5. Copies of the billing records generated in this matter and reflecting the work performed, and the expenses incurred, are attached hereto as Exhibit 1.

6. I believe that a reasonable rate for the aforementioned legal services is $135 per hour.

7. On that basis, the legal fees incurred in this matter are $850.50 for 6.30 total hours.

8. The Pension Fund has also incurred costs in the amount of $405.00 in connection with this litigation.

9. Consequently, the total amount of attorney's fees and costs owed is $1,255.50.

10. I believe that the aforementioned court costs and attorney's fees were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Laura B. Bacon

Subscribed and sworn to before me,
a Notary Public of the State of Illinois,
this 19th day of December, 2007.

_____
Notary Public

Official Seal
Laura A Mazeika
Notary Public State of Illinois
My Commission Expires 07/26/2010

**Central States Funds**
**9377 West Higgins Road**
**Rosemont, Illinois  60018**

December 19, 2007

Case Name: **JDS Trucking, Inc**
Control No: **07410028**
Case Type: **WLL**
Allocation: **2**

___

**Description of Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/25/2007 | LBB | Review file; begin drafting complaint. | 0.50 | 67.50 |
| 10/29/2007 | LBB | Draft complaint; email to Susan Tebbens. | 1.50 | 202.50 |
| 11/5/2007 | LBB | Memo to Pete Priede; summons to George O. Hansen. | 0.30 | 40.50 |
| 11/27/2007 | LBB | Phone conference with employer regarding payment plan. | 0.50 | 67.50 |
| 12/10/2007 | LBB | Draft letter to employer regarding documents. | 0.50 | 67.50 |
| 12/18/2007 | LBB | Draft default motion. | 2.00 | 270.00 |
| 12/19/2007 | LBB | Edit and finalize default motion. | 1.00 | 135.00 |
| **Total Fees** |  |  | **6.30** | **$850.50** |

EXHIBIT 1

JDS Trucking, Inc
07410028
WLL
2

December 19, 2007
Page 2

## Expenses

| Date | Description | Amount |
|---|---|---|
| 10/30/2007 | Complaint filed. | 350.00 |
| 11/13/2007 | Serving Colleen Sachman Summons and complaint. | 55.00 |
| | **Total Expenses** | **$405.00** |
| | **Total amount of this bill** | **$1,255.50** |