AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

CASE NUMBER: **07C 6158**

V.

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

JDS Trucking, Incorporated, an Indiana corporation

DESIGNATED MAGISTRATE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

JDS Trucking, Incorporated, an Indiana corporation
c/o: Colleen Sachman, President and Registered Agent
19039 Glendale Avenue
South Bend, IN 46637-2704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

OCT 3 1 2007

DATE

EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | November 11, 2007 |
| NAME OF SERVER *(PRINT)* Robert W. Collier | TITLE Action Detective Agency |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 19039 GlendAle Ave

South Bend, Indiana  46637

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 11, 2007         *Signature of Server*
                Date

55160 Butternut  Rd
South Bend, Indiana  46628
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.