IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, trustee,<br><br>Plaintiffs,<br><br>v.<br><br>JDS TRUCKING, INCORPORATED, an Indiana corporation,<br><br>Defendant. | Case No. 07 C 6158<br><br>District Judge Harry D. Leinenweber<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO: JDS Trucking, Inc.
c/o Colleen Sachman, President and Registered Agent
19039 Glendale Avenue
South Bend, IN 46637-2704

PLEASE TAKE NOTICE that on January 8, 2008 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable Harry D. Leinenweber of the United States District Court for the Northern District of Illinois, located at Courtroom 1941, 219 South Dearborn, Chicago, Illinois, or such other Judge as may be sitting in his stead, and then and there present the attached Plaintiffs' Motion for Default Judgment. You are entitled to appear and be heard.

Respectfully submitted,

/s/ Laura B. Bacon
Laura B. Bacon
Attorney for Plaintiffs
Central States, Southeast and
Southwest Areas Pension Fund
9377 W. Higgins Road
Rosemont, Illinois 60018-4938
(847)518-9800, Ext. 3704
ARDC No. 6288982
lbacon@centralstatesfunds.org

F:247655 / 07410028 / 12/19/07                -1-

-2-

**CERTIFICATE OF SERVICE**

    I, Laura B. Bacon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on December 19, 2007, I caused the foregoing Notice of Motion to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing said documents to:

    JDS Trucking, Inc.
    c/o Colleen Sachman, President and Registered Agent
    19039 Glendale Avenue
    South Bend, IN 46637-2704

Said document was deposited via Overnight Mail, care of the United Parcel Service, at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 19th day of December, 2007.

                                    /s/ Laura B. Bacon
                                    Laura B. Bacon
                                    One of Central States' Attorneys