## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Central States, Southeast and Souhwest Areas
Pension Fund, et al.

                Plaintiff,

v.                                      Case No.: 1:07−cv−06158

                                      Honorable Harry D. Leinenweber

JDS Trucking, Incorporated

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Harry D. Leinenweber : Plaintiffs' Motion for Default Judgment now noticeds for 1/8/2008 is reset by the court for 1/23/2008 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.