Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6158 | DATE | 1/29/2008 |
| CASE TITLE | Central States Southeast and Southwest vs. JDS Trucking Incorporated | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for default judgment against defendant JDS Trucking, Incorporated in the total amount of $28,327.47, is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP