MHN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND )
SOUTHWEST AREAS PENSION FUND )
and HOWARD McDOUGALL, trustee, )
)
          Plaintiffs, )
)
v. )
)
JDS TRUCKING, INCORPORATED, )
an Indiana corporation, )
)
          Defendant. )
)

Case No. 07 C 6158

District Judge Harry D. Leinenweber

Magistrate Judge Denlow

### JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

    A.    That Defendant, JDS Trucking, Incorporated, an Indiana corporation, is in default.

    B.    That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, have and recover judgment from and against Defendant in the total amount of $28,327.47. This amount consists of a principal amount of $21,817.57; $890.89 in interest accumulated through December 31, 2007; $4,363.51 in liquidated damages; $850.50 in attorney's fees; and $405.00 in costs for prosecuting this suit.

C. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

D. That Plaintiffs are awarded execution for the collection of the judgment and cost granted.

Enter: _____
United States District Court Judge
Northern District of Illinois
HARRY D. LEINENWEBER

Dated: 1/29/2008